**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
_____x

ALFRED TRIPPETT, on behalf of himself and
all others similarly situated,                              Civil Action No.

                Plaintiff,                                     1:24-cv-5763


        -against-

AMERICAN WEMPE CORPORATION,                  **JOINT STIPULATION OF**
                                             **DISMISSAL WITH PREJUDICE**
                Defendants.
_____x

Plaintiff, Alfred Trippett, and Defendant, American Wempe Corporation, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, each party shall bear its respective fees and costs.

    Dated: February 9, 2025

By: _/s/ Gabriel Levy_                                  By: _/s/ Judith Swartz_

Gabriel A. Levy, Esq.                                      Judith L. Swartz, Esq.
    *Attorney for Plaintiff*                                *Attorneys for Defendant*
Gabriel A. Levy, P.C.                                       Phillips Nizer, LLP
1129 Northern Blvd, Ste 404                       485 Lexington Avenue
Manhasset, NY 11030                                     Ste 14th Floor
T: 347-941-4715                                            New York, NY 10017
Glevy@glpcfirm.com                                     T :  212-841-0585
                                                                  Jswartz@phillipsnizer.com